**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YUNIELL MICHELL GUERRA FONSECA,<br><br>         Petitioner,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et. al.,<br><br>         Respondents. | Case No.:  26-cv-2496-BJC-BJW<br><br>**ORDER REQUIRING RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS; APPOINTING COUNSEL; DENYING MOTION PROCEED IN FORMA PAUPERIS AS MOOT; AND DENYING MOTION TO STAY REMOVAL AS MOOT**<br><br>**[ECF Nos. 1, 2, 4]** |

On April 20, 2026, Petitioner Yuniell Michell Guerra Fonseca, a citizen of Cuba, filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, along with a motion to proceed *in forma pauperis*, a motion for immediate release, and a motion to stay removal pending the Court's review of the petition. ECF No. 1. Although Petitioner moves to proceed *in forma pauperis*, he paid the filing fee.

After a review of the petition, this Court deems it appropriate to require Respondents to file a response, and finds that representation is necessary given the complexity and potential validity of the constitutional, statutory, and procedural issues presented. *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983). Additionally, the Court finds a

limited stay is necessary to preserve the *status quo* to allow the Court to provide a reasoned decision on the pending application. *See E-C-R- v. Noem*, No. 3:25-CV-1230-SI, 2025 WL 2300543, at *1 (D. Or. July 16, 2025) (finding an order under the All Writs Act, 28 U.S.C. § 1651, necessary to prevent the arrest, detention or deportation of the plaintiff while the parties litigate the merits of the plaintiff's motion for injunctive relief); *Du v. United States Dep't of Homeland Sec.*, No. 3:25-CV-644 (OAW), 2025 WL 1317944, at *2 (D. Conn. Apr. 24, 2025) (enjoining the defendants, under the All Writs Act, from removing the plaintiffs from the District of Connecticut to preserve the court's jurisdiction).

Based on the foregoing, the Court ORDERS:

1.      Petitioner's motion to proceed *in forma pauperis* is DENIED as moot.

2.      Petitioner's motion to stay removal is DENIED as moot.

3.      Federal Defenders of San Diego, Inc. is CONDITIONALLY APPOINTED as counsel effectively immediately.  Petitioner shall submit a form CJA 23 financial affidavit by **May 8, 2026** to demonstrate his financial eligibility.  *See Terrovona v. Kincheloe*, 912 F.2d 1176, 1181-82 (9th Cir. 1990); 18 U.S.C. § 3006A(b).

4.      Petitioner may file supplemental briefing providing any additional information the Court may need to rule on the merits of the petition **no later than close of business on May 8, 2026**.

5.      Respondents shall file a response to the petition **no later than close of business May 15, 2026**.  Respondents shall include copies of all pertinent documents, orders, and transcripts relevant to this petition.

6.      Petitioner may file a traverse, **no later than close of business May 22, 2026**. Absent further order of this Court, this matter will be deemed under submission at that time.

7.      Respondents, their agents, employees, successors, attorneys, and all persons acting in active concert or participation with them are hereby ENJOINED from removing Petitioner from the United States or this District pending further order of the Court, to

///

2

26-cv-2496-BJC-BJW

maintain the *status quo* to allow the Court to provide a reasoned decision to the request at hand.

**IT IS SO ORDERED**.

Dated:  April 28, 2026

Honorable Benjamin J. Cheeks
United States District Judge

26-cv-2496-BJC-BJW